This information is furnished under the provisions of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

201492304011286603330603

Dan Rotta

11.12.2013



CREDIT SUISSE AG
Claridenstrasse 19
8070 Zürich
Switzerland

| OSG-DC | : | 06 |
|---|---|---|
| BU-Code | : | 0012 |
| BKST | : | 0836 |
| Instr. | : | SALN |

Date:

Dear Sirs,

I **HEREBY** warrant and represent that:

1) I am **not** a United States Person as defined in in section 7701(a)(30) of the Internal Revenue Code of 1986, as amended (the "Code"), and the relevant Treasury Regulations.[1] A United States Person includes any of the following individuals:
   a. United States citizens (including dual citizens);
   b. Lawful Permanent Residents ("green card holder" regardless of actual residency);
   c. Individuals satisfying the Substantial Presence Test (see Appendix 1);
   d. Non-Resident Spouse Election for jointly filing spouses;
2) **Neither** for the [2013] tax year **nor** for any future tax years will I satisfy the Substantial Presence Test as defined in section 7701(b)(3) of the Code and the relevant Treasury Regulations (see Appendix 1 for definition);
3) I have been and will in the future be present in the US on just a temporary basis (i.e., for stay or stays lasting no longer than 4 calendar months per year);
4) If any of the representations made in this letter change, I will notify Credit Suisse AG within 30 days.

I **HEREBY** covenant to indemnify Credit Suisse AG and its employees, agents and affiliates (the "Relevant Parties") and to hold the Relevant Parties harmless from and against all claims and actions (whether instituted by any taxing or other authority or person) as well as but not limited to all damages, penalties, liabilities, disadvantages including all costs and expenses related in whatever manner to the warranties and representations I have made in this letter.

Kind Regards,

Print:

Redacted by SFTA

Redacted by SFTA

11.12.13, Zürich
Date & Place

**GOVERNMENT EXHIBIT**

**1:24-MJ-2479-Reid**

**No. 10**

[1] United States Person as defined in section 7701(a)(30) of the Internal Revenue Code of 1986, Treasury Regulations

This information is furnished under the provisions of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

**APPENDIX 1**

**26 Code of Federal Regulations §301.7701(b)-1(c)(1)**
"An alien individual is a resident alien if the individual meets the substantial presence test. An individual satisfies this test if he or she has been present in the United States on at least 183 days during a three year period that includes the current year. For purposes of this test, each day of presence in the current year is counted as a full day. Each day of presence in the first preceding year is counted as one-third of a day and each day of presence in the second preceding year is counted as one-sixth of a day."

*Dan Rotta*

+ 41 76 414-4400

Rua Dr. Virgílio de Carvalho Pinto, 207 – Apto 23
CEP 05415-030 – São Paulo - SP – Brasil
Tel.: +55 11 7696-2168 / E-mail: danrotta@ HYDRA.com.

This information is furnished under the provisions of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

This information is furnished under the provisions of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

# MINISTÉRIO DA FAZENDA
## SECRETARIA DA RECEITA FEDERAL DO BRASIL

### IMPOSTO SOBRE A RENDA - PESSOA FÍSICA
### EXERCÍCIO 2013
### Ano-Calendário 2012

Sr(a) DAN ROTTA, inscrito no CPF sob o nº █████02-82.

O NÚMERO DO RECIBO de sua declaração apresentada em 10/04/2013, às 17:01:43, é:



Este número é de uso pessoal e NÃO deve ser fornecido a terceiros. Ele é obrigatório para:

- retificar esta declaração;
- gerar um código de acesso para obter informações e realizar serviços disponíveis na página da Secretaria da Receita Federal do Brasil na Internet, tais como:
    - Declaração IRPF -- Extrato:
        - informação da situação do processamento;
        - apresentação de eventuais pendências e orientações sobre como resolvê-las;
        - alteração ou cancelamento de débito automático das quotas;
        - exibição de quotas do imposto em atraso e emissões dos Documentos de Arrecadação de Receitas Federais (Darf) atualizados
    - Situação Fiscal:
        - Informação de eventuais pendências, inclusive as relativas à Dívida Ativa da União, e orientação sobre como regularizá-las.

Atenção: Guarde este número para informá-lo na declaração do exercício de 2014, no campo "número do recibo da declaração do ano anterior".

### Informações sobre a Impressão do Darf

O programa da Declaração de Ajuste Anual do Imposto sobre a Renda da Pessoa Física só permite a impressão do Darf para o pagamento da quota única ou da primeira quota.

O contribuinte pode obter o Darf para pagamento de todas as quotas do Imposto sobre a Renda da Pessoa Física, no sítio da RFB na Internet, no endereço <www.receita.fazenda.gov.br>, das seguinte formas:

1. No menu "Onde Encontro", clicar em "Extrato da DIRPF". Após acessar o extrato, consultar o "Demonstrativo de Débitos Declarados" para saber o quantitativo de quotas solicitadas e a situação de cada uma delas, e clicar no ícone "Impressão" para emitir o Darf do mês desejado; ou

2. No menu "Onde Encontro", clicar em "Pagamentos" e, em seguida, na opção "Emissão de Darf para pagamento de quotas do Imposto de Renda Pessoa Física" e seguir as instruções para preenchimento dos dados até a impressão do Darf.

This information is furnished under the provisions of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

This information is furnished under the provisions of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.