UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-02479-LMR

United States of America

        Plaintiff,

vs.

Dan Rotta

        Defendant
_____/

## ORDER CONFIRMING BOND CONDITIONS

**THIS CAUSE** came before the Court upon Daniel Rotta's Motion for Confirmation of Bond Conditions. The Court having considered the Motion and being otherwise duly advised in the premises, it is hereby ORDERED:

1. The Motion is **GRANTED**.

2. The Court confirms that at the detention hearing held on March 13, 2024 the Court and the Parties contemplated that a total of five million dollars ($5,000,000) would be transferred from the account held by Mr. Rotta at UBS to meet the bond conditions imposed by the Court.

3. In order to comply with the bond conditions, Mr. Rotta or his designee shall cause these transfer(s) to be made from his UBS account. Such transfers may be completed as a single transfer of $5,000,000 to either Greenberg Traurig, P.A. or Weisberg Kanan Mark PL (after which time the law firm will deposit $3,000,000 with the Court) or by issuing a cashier's check or trust account check in the amount of $3,000,000 to "U.S. Courts" and effectuating a transfer of the remaining $2,000,000 to one of the law firms listed.

4. Nothing in this order alters the stay until 2:00 PM on March 14, 2024 that the

Court ordered on the United States's motion at the March 12 hearing.

DONE AND ORDERED this _13th__ day of March, 2024

_____
HON. JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE